IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Van Buren Jr., Joseph | Case Number: 06 B 04771 |
| | Judge: Squires, John H |
| Printed: 9/30/08 | Filed: 4/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 27, 2008
Confirmed: July 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 56,446.04 | |
| Secured: | | 45,857.72 |
| Unsecured: | | 0.00 |
| Priority: | | 385.22 |
| Administrative: | | 2,842.30 |
| Trustee Fee: | | 2,756.95 |
| Other Funds: | | 4,603.85 |
| Totals: | 56,446.04 | 56,446.04 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,842.30 | 2,842.30 |
| 2. | America's Servicing Co | Secured | 37,024.19 | 37,024.19 |
| 3. | Village of South Holland | Secured | 175.00 | 175.00 |
| 4. | America's Servicing Co | Secured | 23,707.97 | 8,658.53 |
| 5. | Internal Revenue Service | Priority | 600.00 | 385.22 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 59.00 | 0.00 |
| 7. | Nicor Gas | Unsecured | 135.93 | 0.00 |
| 8. | Beverly Bus Garage Fed CU | Unsecured | 545.98 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 111.79 | 0.00 |
| 10. | Walton Radiology | Unsecured | 411.50 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 1,036.19 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 17.26 | 0.00 |
| 13. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 14. | Asset Acceptance | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | David L Ellens MD | Unsecured | | No Claim Filed |
| 17. | Dish Network | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Collection Company Of America | Unsecured | | No Claim Filed |
| 20. | Finance Bureau | Unsecured | | No Claim Filed |
| 21. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| 22. | I C Systems Inc | Unsecured | | No Claim Filed |
| 23. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 24. | Total Gym Fitness | Unsecured | | No Claim Filed |
| 25. | Pay Day Loan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Van Buren Jr., Joseph

Printed: 9/30/08

Case Number: 06 B 04771
Judge: Squires, John H
Filed: 4/28/06

| | | | | |
|---|---|---|---|---|
| 26. | PLS Financial | Unsecured | | No Claim Filed |
| 27. | Providian | Unsecured | | No Claim Filed |
| 28. | SBC | Unsecured | | No Claim Filed |
| 29. | Receivable Collections Operations | Unsecured | | No Claim Filed |
| 30. | MRSI | Unsecured | | No Claim Filed |
| 31. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 32. | Thorn Ridge High School | Unsecured | | No Claim Filed |

$ 66,667.11     $ 49,085.24

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 520.37 |
| 4.8% | 574.05 |
| 5.4% | 1,243.58 |
| 6.5% | 418.95 |

$ 2,756.95

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

